IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:15-MJ-00201-KJN |
| Plaintiff, | ) ORDER TO CONTINUE TRIAL |
| v. | ) DATE: December 14, 2015 |
| DAVID M. TOMCZAK, | ) TIME: 9:00 a.m. |
| | ) JUDGE: Hon. Kendall J. Newman |
| Defendant. | ) |

ORDER

It is hereby ordered that the trial presently set for December 14, 2015 at 9:00 a.m. be continued to February 22, 2016 at 9:00 a.m.

Dated:  11/17/15

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE